HEIGHTS-INWOOD DEMOCRATIC CLUB, INC., et al., Respondents, v. EMANUEL SOBEL, Individually and as President of Manny Sobel Democratic Association, an Unincorporated Association, Appellants.— Order unanimously affirmed, with $10 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

## SECOND DEPARTMENT, JUNE, 1952.

### (June 2, 1952.)

FANNIE BERNARD, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.

CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Respondents, v. HELEN KENYON, as Moderator of The General Council of the Congregational Christian Churches, Appellant.— Motion referred to the court that rendered the decision of May 5, 1952. Present — Nolan, P. J., Johnston, Wenzel, MacCrate; Carswell, J., not voting. Motion to modify order of May 5, 1952 (279 App. Div. 1074), denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See post, pp. 819, 828; 281 App. Div. 683.]

LUCILLE FISCHBACH, as Administratrix of the Estate of WILLIAM FISCHBACH, Deceased, Appellant, v. AUTO BOYS, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. Motion for reargument or for resettlement of order denied, without costs. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1035.]

GREEN POINT SAVINGS BANK, Respondent, v. CENTRAL GARDENS UNIT No. 1, INC., Appellant, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See 279 App. Div. 1078.]

THOMAS GRUBER et al., Respondents, v. EDWARD ADEIKIS, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.

In the Matter of the Accounting of DAVID RADOM, as Administrator of the Estate of SARAH RADOM, Deceased, Respondent. LILLIAN BRUDER et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See 279 App. Div. 1026.]